UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

_____

THE PHOENIX INSURANCE COMPANY
a/s/o BVO HOLDINGS, LLC,

                               Plaintiff,

        vs.

CRANE MERCHANDISING SYSTEMS, INC.,

                          Defendant.

_____

**STIPULATED ORDER OF
DISMISSAL**

Case No. 1:20-cv-00823

**IT IS HEREBY STIPULATED AND AGREED**, by and between the

undersigned, the attorneys of record for all of the parties to the above-captioned action, that

whereas no party is an infant or incompetent person for whom a committee has been appointed,

and no person not a party to this action has an interest in the subject matter of the action, the

above-captioned action be, and the same hereby is, discontinued with prejudice without cost to

any party as against any other.  This stipulation may be submitted to the United States District

Court to be "so ordered," and thereafter filed without further notice with the Clerk of the Court.

Dated:  April 10, 2023

Respectfully submitted,

GOLDBERG SEGALLA LLP

By:   */s/John P. Freedenberg*
       John P. Freedenberg, Esq.
       *Attorneys for Defendant*
       665 Main Street
       Buffalo, New York 14203-1425
       jfreedenberg@goldbergsegalla.com
       (716) 566-5400

       and

GWERTZMAN LEFKOWITZ SMITH
MARCUS & SULLIVAN


By:  */s/Melissa Sullivan*
        Melissa Sullivan, Esq.
        *Attorneys for Plaintiff*
        14 Wall Street, Suite 3-D
        New York, New York 10005
        sullivan@gwertzmanlaw.com
        (212) 968-1001

Date:  April 13, 2023


**IT IS SO ORDERED**:


_____
Frederick J. Scullin, Jr.
Senior United States District Judge